ANTHONY R. GALLAGHER
Federal Defender
Federal Defenders of Montana
104 2nd Street South, Suite 301
Great Falls, Montana 59401
anthony_gallagher@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
    Attorneys for Defendant Shad Huston

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAD JAMES HUSTON,<br><br>Defendant. | **Case No. CR 14-46-GF-BMM**<br>**Case No. CR 14-47-GF-BMM**<br>**Case No. CR 15-35-GF-BMM**<br>**Case No. CR 15-42-GF-BMM**<br><br>**DEFENDANT HUSTON'S UNOPPOSED MOTION TO CONSOLIDATE *KASTIGAR* HEARINGS** |

    The Court has set a Motions hearing for September 15, 2015, at 10 a.m. (Doc. 158, Text Order entered in CR 14-46-GF-BMM and Doc. 238, Text Order entered in CR 14-47-GF-BMM) to consider motions previously filed – *Motion in Limine Regarding Uncharged Conduct, Immunized Information and Admissions Now Withdrawn*. (Doc. 88 in CR 14-46-GF-BMM and Doc. 132 in CR 14-47-GF-BMM).

Shad James Huston, Defendant, by and through his attorneys, Anthony R. Gallagher and the Federal Defenders of Montana, hereby moves to consolidate the hearing on his *Motion in Limine Regarding Uncharged Conduct, Immunized Information and Admissions Now Withdrawn* (Doc. 88 in CR 14-46-GF-BMM and Doc. 132 in CR 14-47-GF-BMM) with his *Motion to Dismiss Superseding Indictment Obtained Through the Use of Immunized Information Provided by Mr. Huston or to Limit Trial Testimony*. (See Doc. 234 in CR 14-47-GF-BMM; Doc. 13 in CR 15-35-GF-BMM; and Doc. 8 in CR 15-42-GF-BMM). The claims are interrelated and touch on the same *Kastigar* issues.

Pursuant to Local Rule, the United States has been contacted. Assistant U.S. Attorneys Carl E. Rostad and Ryan G. Weldon do not oppose this Motion.

If the Court grants consolidation, undersigned Counsel nevertheless believes a total of two hours of Court time should be required to address all outstanding *Kastigar* claims.

RESPECTFULLY SUBMITTED this 28th day of August, 2015.

/s/ Anthony R. Gallagher

## CERTIFICATE OF SERVICE - L.R. 5.2(b)

I hereby certify that on August 28, 2015, a copy of the foregoing document was served on the following persons by the following means:

```
 1, 2   CM-ECF
   3    Mail
   3    E-Mail
```

1.  CLERK, U.S. DISTRICT COURT       3.  SHAD JAMES HUSTON
                                             Defendant

2.  RYAN G. WELDON
    CARL E. ROSTAD
    United States Attorney's Office
           Counsel for the United States

                                    /s/ Anthony R. Gallagher